IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>URBAN TORTILLA INC,<br><br>  Defendant._____ / | No. C 14-01425 CRB<br><br>**ORDER DIRECTING SERVICE AND SETTING HEARING** |

The court hereby DIRECTS Plaintiff to serve Defendant with the Ex Parte Motion for Temporary Restraining Order (dkt. 3) in this case. The Court further SETS a hearing in this case for Friday, April 4, 2014 at 10:00AM.

**IT IS SO ORDERED.**

Dated: March 28, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\1425\order.wpd